# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ONETTA HAMMITT, WILLIAM HAMMITT, JAMES MOODY, and KATRINA MOODY, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MEDTRONIC, INC., MEDTRONIC MINIMED, INC., MINIMED DISTRIBUTION CORP., and AVAIL MEDICAL PRODUCTS, INC.,<br><br>　　　　　Defendants. | Civil No. 06-2277 (RHK/AJB)<br><br>**ORDER** |

Based on the Stipulation Regarding Remand agreed to by the parties and filed with the Court on August 31, 2006 (Doc. No. 13), the above-entitled matter is **REMANDED** to the District Court of Anoka County, State of Minnesota, subject to the stipulated agreements and understandings of the parties, including the agreement that each party to the Stipulation shall bear their own costs, expenses and attorneys fees incurred in connection with Plaintiffs' Motion to Remand and the remand proceeding.

Dated:  September 1, 2006

　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge